# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>*Nine United States Postal Service Priority Mail Express parcels in the custody of the United States Postal Inspection Service in City of Industry, California, as further described in Attachment A* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:24-mj-03048 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

*See Attachment A*

located in the Central District of California, there is now concealed:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is :

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 843(b) | Possession with Intent to Distribute a Controlled, Substance, Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Zachary Sumpter*
_____
*Applicant's signature*

Zachary Sumpter, USPIS Task Force Officer
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.
Date:  __May 23, 2024_____

_____
*Judge's signature*

City and state: Los Angeles, CA_____

HON. MICHAEL WILNER, MAGISTRATE JUDGE
_____
*Printed name and title*

AUSA: Jason Gorn (x7962)

**ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

The following United States Postal Service ("USPS") parcels seized from the mail stream between May 14, 2024, and May 17, 2024, are currently in the custody of the United States Postal Inspection Service in City of Industry, California:

a.   **SUBJECT PARCEL 1** is a USPS Priority Mail Express parcel bearing tracking number EI 938 150 976 US. **SUBJECT PARCEL 1** is a brown colored, medium-sized USPS ReadyPost box. **SUBJECT PARCEL 1** is addressed to "Shevrig Cheng, 3592 Rosemead blvd, Po box 218 Rosemead, CA, 91770." The return address listed on **SUBJECT PARCEL 1** is "Jasmin scott, 1336 felt st, Toledo oh 43605." **SUBJECT PARCEL 1** was postmarked on May 13, 2024, in the 43614 zip code.

b.   **SUBJECT PARCEL 2** is a USPS Priority Mail Express parcel bearing tracking number EI 300 005 947 US. **SUBJECT PARCEL 2** is gray colored, medium-sized box wrapped in duct tape. **SUBJECT PARCEL 2** is addressed to "IDA Casciano Tambunan, 1800 East Heim Avenue, Unit 4C, Orange, CA 92865." The return address listed on **SUBJECT PARCEL 2** is "RENNY MAMAHiT, 15 Prospect Hill Apt 6B, Flemington NJ 08822." **SUBJECT PARCEL 2** was postmarked on May 15, 2024, in the 08822 zip code.

c.   **SUBJECT PARCEL 3** is a USPS Priority Mail Express parcel bearing tracking number EI 962 548 145 US. **SUBJECT PARCEL 3** is a yellow colored, large-sized box covered in reusable grocery bag. **SUBJECT PARCEL 3** is addressed to "Sadaisha Shimmers, 3513 Denker Ave., Los Angeles, CA. 90018."

The return address listed on **SUBJECT PARCEL 3** is "Natalia Pabon, 3013 Eastchester RD Apt. 302, The Bronx, New York 10469." **SUBJECT PARCEL 3** was postmarked on May 14, 2024, in the 10469 zip code.

        d.    **SUBJECT PARCEL 4** is a USPS Priority Mail Express parcel bearing tracking number EI 964 055 240 US. **SUBJECT PARCEL 4** is a brown colored, large-sized cardboard box. **SUBJECT PARCEL 4** is addressed to "Jason Hong, 809 Kallin Ave, Long Beach, CA 90815-5005." The return address listed on **SUBJECT PARCEL 4** is "Oscar Flores, 2049 Lake Ave, Whiting, IN 46394." **SUBJECT PARCEL 4** was postmarked on May 13, 2024, in the 60617 zip code.

        e.    **SUBJECT PARCEL 5** is a USPS Priority Mail Express parcel bearing tracking number EI 960 175 468 US. **SUBJECT PARCEL 5** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 5** is addressed to "TAITANTRIC HOLDINGS LLC, 5318 E. 2nd STREET #186, Long Beach, CA 90803." The return address listed on **SUBJECT PARCEL 5** is "CHARLES FADOVE, 206 W. OLNEY AVE, PhiLADELPHIA PA 19120." **SUBJECT PARCEL 5** was postmarked on May 13, 2024, in the 11372 zip code.

        f.    **SUBJECT PARCEL 6** is a USPS Priority Mail Express parcel bearing tracking number EI 422 509 224 US. **SUBJECT PARCEL 6** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 6** is addressed to "Alec Winberry, 287 S. Robertson Blvd #183, Beverly Hills, CA 90211." The return address listed on **SUBJECT PARCEL 6** is "Kevin TAYlor, 14026 E. Parsley Dr, Maderia beach, FL 33708." **SUBJECT PARCEL 6** was postmarked on May 14,

2024, in the 33708 zip code.

g.    **SUBJECT PARCEL 7** is a USPS Priority Mail Express parcel bearing tracking number EI 938 826 427 US. **SUBJECT PARCEL 7** is a brown colored, large-sized USPS ReadyPost box. **SUBJECT PARCEL 7** is addressed to "Julieth Hernandez, 1035 Leslie Ct, Colton CA 92324." The return address listed on **SUBJECT PARCEL 7** is "Tyler Willams, 241 Reed ave, Syracuse, NY 13204." **SUBJECT PARCEL 7** was postmarked on May 13, 2024, in the 13205 zip code.

h.    **SUBJECT PARCEL 8** is a USPS Priority Mail Express parcel bearing tracking number EI 344 966 740 US. **SUBJECT PARCEL 8** is a brown colored, medium-sized cardboard box. **SUBJECT PARCEL 8** is addressed to "Kacee PiPer, 20305 Mobile Way, Wildomar CA, 92595." The return address listed on **SUBJECT PARCEL 8** is "Kacee PiPer, 7153 E ST Rd 45, Bloomington IN." **SUBJECT PARCEL 8** was postmarked on May 15, 2024, in the 47429 zip code.

i.    **SUBJECT PARCEL 9** is a USPS Priority Mail Express parcel bearing tracking number EI 937 238 535 US. **SUBJECT PARCEL 9** is a white colored, medium-sized USPS Mailing Envelope. **SUBJECT PARCEL 9** is addressed to "William Rashford, 23785 el toro RD #208, lake forest, CA 92630." The return address listed on **SUBJECT PARCEL 9** is "Emmett Gentry, 240 jennings Dr, Franklin, NC, 28739." **SUBJECT PARCEL 9** was postmarked on May 14, 2024, in the 28734 zip code.

## **ATTACHMENT B**

ITEMS TO BE SEIZED

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the **"Subject Offenses"**), namely:

      a.    Any controlled substances, including marijuana;

      b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

      c.    Parcel wrappings, and any associated packaging material.

## **AFFIDAVIT**

I, Zachary Sumpter, being duly sworn, declare and state as follows:

### **I.  PURPOSE OF AFFIDAVIT**

1.   This affidavit is made in support of an application for a warrant to search the following nine United States Postal Service ("USPS") Priority Mail Express parcels in the custody of the United States Postal Inspection Service ("USPIS") in City of Industry, California, within the Central District of California (collectively, the "**SUBJECT PARCELS**"), as described more fully in Attachment A:

a.   A USPS Priority Mail Express parcel bearing tracking number EI 938 150 976 US ("**SUBJECT PARCEL 1**");

b.   A USPS Priority Mail Express parcel bearing tracking number EI 300 005 947 US ("**SUBJECT PARCEL 2**");

c.   A USPS Priority Mail Express parcel bearing tracking number EI 962 548 145 US ("**SUBJECT PARCEL 3**");

d.   A USPS Priority Mail Express parcel bearing tracking number EI 964 055 240 US ("**SUBJECT PARCEL 4**");

e.   A USPS Priority Mail Express parcel bearing tracking number EI 960 175 468 US ("**SUBJECT PARCEL 5**");

f.   A USPS Priority Mail Express parcel bearing tracking number EI 422 509 224 US ("**SUBJECT PARCEL 6**");

g.   A USPS Priority Mail Express parcel bearing tracking number EI 938 826 427 US ("**SUBJECT PARCEL 7**");

h.   A USPS Priority Mail Express parcel bearing tracking number EI 344 966 740 US ("**SUBJECT PARCEL 8**");

i.   A USPS Priority Mail Express parcel bearing tracking number EI 937 238 535 US ("**SUBJECT PARCEL 9**").

2.   The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

3.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. TRAINING AND EXPERIENCE

4.   I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been so since November 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug

trafficking involving the United States Mail.  Accordingly, I am
an "investigative or law enforcement officer" of the United
States within the meaning of Title 18, United States Code,
Section 2510(7).  Specifically, I am an officer of the United
States empowered by law to conduct investigations of, and to
make arrests for, offenses enumerated in Title 18, United States
Code, Section 2516.  Prior to being assigned as a TFO with the
USPIS, I worked patrol as a full-time sworn law enforcement
officer with the Chino Police Department.

5.   I have received training and have experience
investigating violations of state and federal narcotics and
money laundering laws.  I have been involved in various
electronic surveillance methods including state and federal
wiretap investigations, the debriefing of informants and
witnesses, as well as others who have knowledge of the
manufacturing, distribution, transportation, storage, and
importation of controlled substances, and the laundering of drug
proceeds.  I have participated in many aspects of drug
investigations, including investigations into the smuggling of
illegal drugs, money laundering, and extortion related to drug
trafficking.  I am familiar with narcotics traffickers' methods
of operation, including the manufacturing, storage,
transportation, and distribution of narcotics, the collection of
money that represents the proceeds of narcotics trafficking, and
money laundering.  I am familiar with how drug traffickers use
counter-surveillance techniques to avoid detection by law
enforcement.

### III.  SUMMARY OF PROBABLE CAUSE

6.    Between May 14, 2024, and May 17, 2024, during routine parcel inspections at the City of Industry USPS Processing and Distribution Center in Los Angeles County, California, I identified the **SUBJECT PARCELS** as meeting some of the following criteria common to packages containing contraband, including that they were excessively taped, contained handwritten labels, lacked business account numbers, and, according to law enforcement databases, contained sender and recipient names that were not associated with their respective listed addresses.

7.    Additionally, on May 21, 2024, a trained drug detection dog alerted to each of the **SUBJECT PARCELS** for the presence of drugs or other items, such as the proceeds of drug sales that have been contaminated by drugs.

### IV. STATEMENT OF PROBABLE CAUSE

**A.    Background on Use of Mails for Drug Trafficking**

8.    Based on my training and experience as a TFO, and the experiences related to me by Postal Inspectors who specialize in drug investigations, I know the following:

a.    Los Angeles is a significant source area for controlled substances. Controlled substances are frequently transported from the Los Angeles area via US Mail, and the proceeds from the sale of controlled substances are frequently returned to the Los Angeles area via US Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of

4

controlled substances often contain the odor of drugs because they have been contaminated by or associated with the odor of one or more drugs.

      b.   Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery.  Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail 2-Day Service.

9.   The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

      a.   The parcel is contained in a Large Flat Rate cardboard box;

      b.   The parcel bears a handwritten or typed label, whether USPS Express Mail or Priority Mail;

      c.   The handwritten or typed label on the parcel does not contain a business account number;

      d.   The seams of the parcel are all taped or glued shut;

e.    The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

10.  Parcels exhibiting such indicia may be subject to further investigation, which may include verification of the addressee and return addresses.

11.  I know from my training and experience that drug traffickers often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.  To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.    Initial Investigation of the SUBJECT PARCELS**

12.  Between May 14, 2024, and May 17, 2024, during routine parcel inspections at the City of Industry USPS Processing and Distribution Center in Los Angeles County, California, I determined that the **SUBJECT PARCELS** met some of the initial suspicious characteristics as described above.  Specifically, I determined the following:

a.    **SUBJECT PARCEL 1** is a USPS Priority Mail Express parcel bearing tracking number EI 938 150 976 US.  **SUBJECT PARCEL 1** is a brown colored, medium-sized USPS ReadyPost box. **SUBJECT PARCEL 1** has a handwritten label and does not contain a business account number.  According to law enforcement records, the return address listed on **SUBJECT PARCEL 1** – "1336 felt st,

Toledo oh 43605" – appears to be a legitimate address but is not associated with the listed sender, "Jasmin scott."  The recipient address listed on **SUBJECT PARCEL 1** – "3592 Rosemead blvd, Po box 218 Rosemead, CA, 91770" – appears to be a legitimate address but is not associated with the listed recipient, "Shevrig Cheng."

      b.   **SUBJECT PARCEL 2** is a USPS Priority Mail Express parcel bearing tracking number EI 300 005 947 US.  **SUBJECT PARCEL 2** is gray colored, medium-sized box wrapped in duct tape.  **SUBJECT PARCEL 2** is wrapped in copious amounts of duct tape around the entry box, has a handwritten label, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 2** – "15 Prospect Hill Apt 6B, Flemington NJ 08822" appears to be a legitimate address, and is associated with the listed sender, "RENNY MAMAHiT."  The recipient address listed on **SUBJECT PARCEL 2** – "1800 East Heim Avenue, Unit 4C, Orange, CA 92865" appears to be a legitimate address, but is not associated with the listed recipient, "IDA Casciano Tambunan."

      c.   **SUBJECT PARCEL 3** is a USPS Priority Mail Express parcel bearing tracking number EI 962 548 145 US.  **SUBJECT PARCEL 3** is a yellow colored, large-sized box covered in reusable grocery bag.  **SUBJECT PARCEL 3** is wrapped in copious amounts of blue and clear USPS tape, has a handwritten label, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 3** – "3013 Eastchester RD Apt. 302, The Bronx, New York

10469" appears to be legitimate address, but is not associated
with the listed sender, "Natalia Pabon."  The recipient address
listed on **SUBJECT PARCEL 3** – "3513 Denker Ave., Los Angeles, CA.
90018" appears to be a legitimate address, but is not associated
with the listed recipient, "Sadaisha Shimmers."

      d.   **SUBJECT PARCEL 4** is a USPS Priority Mail Express
parcel bearing tracking number EI 964 055 240 US.  **SUBJECT
PARCEL 4** is a brown colored, large-sized cardboard box.  **SUBJECT
PARCEL 4** is wrapped in copious amounts of clear tape, has a
handwritten label, and does not contain a business account
number.  According to CLEAR database records, the return address
listed on **SUBJECT PARCEL 4** – "2049 Lake Ave, Whiting, IN 46394,"
appears to be legitimate address, but is associated with the
listed sender, "Oscar Flores." The recipient address listed on
**SUBJECT PARCEL 4** – "809 Kallin Ave, Long Beach, CA 90815-5005,"
appears to be a legitimate address, and is associated with the
listed recipient, "Jason Hong."

      e.   **SUBJECT PARCEL 5** is a USPS Priority Mail Express
parcel bearing tracking number EI 960 175 468 US.  **SUBJECT
PARCEL 5** is a white colored, medium-sized USPS Flat Rate Box.
**SUBJECT PARCEL 5** has a handwritten label, and does not contain a
business account number.  According to CLEAR database records,
the return address listed on **SUBJECT PARCEL 5** – "206 W. OLNEY
AVE, PhiLADELPHIA PA 19120" appears to be legitimate address,
but is not associated with the listed sender, "CHARLES FADOVE."
The recipient address listed on **SUBJECT PARCEL 5** – "5318 E. 2nd
STREET #186, Long Beach, CA 90803" appears to be a legitimate

address, but is not associated with the listed recipient, "TAITANTRIC HOLDINGS LLC."

      f.   **SUBJECT PARCEL 6** is a USPS Priority Mail Express parcel bearing tracking number EI 422 509 224 US. **SUBJECT PARCEL 6** is a white colored, medium-sized USPS Flat Rate Box. **SUBJECT PARCEL 6** has a handwritten label, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 6** – "14026 E. Parsley Dr, Maderia beach, FL 33708" appears to be legitimate address, but is not associated with the listed sender, "Kevin TAYlor."  The recipient address listed on **SUBJECT PARCEL 6** – "287 S. Robertson Blvd #183, Beverly Hills, CA 90211" appears to be a legitimate address, and is not associated with the listed recipient, "Alec Winberry."

      g.   **SUBJECT PARCEL 7** is a USPS Priority Mail Express parcel bearing tracking number EI 938 826 427 US. **SUBJECT PARCEL 7** is a brown colored, large-sized USPS ReadyPost box. **SUBJECT PARCEL 7** has a handwritten label, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 7** – "241 Reed ave, Syracuse, NY 13204," appears to be legitimate address, but is not associated with the listed sender, "Tyler Willams."  The recipient address listed on **SUBJECT PARCEL 7** – "1035 Leslie Ct, Colton CA 92324" appears to be a legitimate address, and is not associated with the listed recipient, "Julieth Hernandez."

      h.   **SUBJECT PARCEL 8** is a USPS Priority Mail Express parcel bearing tracking number EI 344 966 740 US. **SUBJECT**

**PARCEL 8** is a brown colored, medium-sized cardboard box. **SUBJECT PARCEL 8** has a handwritten label, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 8** – "7153 E ST Rd 45, Bloomington IN," appears to be legitimate address, but is associated with the listed sender, "Kacee PiPer."  The recipient address listed on **SUBJECT PARCEL 8** – "20305 Mobile Way, Wildomar CA, 92595," appears to be legitimate address, and is associated with the listed sender, "Kacee PiPer."

      i.   **SUBJECT PARCEL 9** is a USPS Priority Mail Express parcel bearing tracking number EI 937 238 535 US.  **SUBJECT PARCEL 9** is a white colored, medium-sized USPS Mailing Envelope. **SUBJECT PARCEL 9** has a handwritten label, and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 9** – "240 jennings Dr, Franklin, NC, 28739," appears to be legitimate address, but is associated with the listed sender, "Emmett Gentry."  The recipient address listed on **SUBJECT PARCEL 9** – "23785 el toro RD #208, lake forest, CA 92630," appears to be legitimate address, but is not associated with the listed sender, "William Rashford."

    **C.  Drug-Detection Dog Alerts to the SUBJECT PARCELS**

    13.  On May 21, 2024, based on the suspicious characteristics of the SUBJECT PARCELS, El Monte Police Department Officer Adam Girgle had his trained drug detection dog, "Rico," examine the exterior of the **SUBJECT PARCELS**.  I learned from Officer Girgle that Rico gave a positive alert to

**SUBJECT PARCEL 1 through SUBJECT PARCEL 9** separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.  Attached hereto as Exhibit 1, which I incorporate fully herein by reference, are documents setting forth information provided by Officer Girgle regarding Rico's training and history in detecting controlled substances, and the examination of **SUBJECT PARCELS 1 through 9**.

## V.  CONCLUSION

14.  For the reasons above, there is probable cause to believe that the **SUBJECT PARCELS**, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  day of May
2024.


_____
HONORABLE MICHAEL WILNER
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

## **AFFIDAVIT**

I, Officer Adam Girgle, being duly sworn, declare and state as follows:

I have been a Police Officer with the El Monte Police Department since December of 2003. I have handled and/or assisted with hundreds of narcotics investigations. I have assisted Federal and State narcotics task forces with large scale narcotics investigations. I graduated from the Los Angeles County Sheriff's Department Academy in May of 2001. I attended the Adlerhorst Police Canine Handler course in August of 2016.

I also attended the Adlerhorst Canine Narcotics Detection course in November of 2017. During these courses, my police canine partner Rico and I received 240 hours of instruction in the detection of the odor of illegal narcotics. During these courses, I personally observed my police canine partner Rico alert to the presence of the odor of illegal narcotics. My police canine partner Rico was certified to alert to the presence of marijuana, methamphetamine, cocaine and heroin. My police canine partner and I receive yearly certification from the Los Angeles County Police Canine Association in apprehension and narcotics detection. My police canine partner and I last certified in September 2023.

I am familiar and knowledgeable in the behaviors my police canine partner Rico engages in when he detects the presence of the odor of illegal narcotics. I conduct continual training with my police canine partner Rico by hiding various narcotics in different locations such as buildings, vehicles, bags, parcels and in open areas. This training includes proofing canine Rico on odors such as plastic, boxes, latex, tape, metal, currency (circulated and uncirculated), parcel packaging material, glass pipes and food. I also proof canine Rico of my human odor. This training is on-going and continual.

On May 21, 2024, my police canine partner and I assisted with a narcotic parcel investigation. Canine Rico alerted to the presence of the odor of illegal narcotics emitting from the following parcels.

USPS Parcel: EI 938 150 976 US (Parcel 1)

Addressed To: Shevrig Cheng

3592 Rosemead Blvd.

PO Box 218

Rosemead, CA 91770

USPS Parcel: EI 300 005 947 US (Parcel 2)

    Addressed To:  IDA Casciano Tambunan

        1800 East Heim Avenue Unit 4C

        Orange, CA 92865

USPS Parcel: EI 962 548 145 US (Parcel 3)

    Addressed To:  Sadaisha Shimmers

        3513 Denker Ave.

        Los Angeles, CA 90018

USPS Parcel: EI 964 055 240 US (Parcel 4)

    Addressed To:  Jason Hong

        809 Kallin Ave.

        Long Beach, CA 90815-5005

USPS Parcel: EI 960 175 468 US (Parcel 5)

    Addressed To:  Taitantric Holdings LLC

        5318 E 2nd. Street # 186

        Long Beach, CA 90803


USPS Parcel: EI 422 509 224 US (Parcel 6)

    Addressed To:  Alec Winberry

        287 S. Robertson Blvd. #183

        Beverly Hills, CA 90211


USPS Parcel: EI 938 826 427 US (Parcel 7)

    Addressed To:  Julieth Hernandez

        1035 Leslie Ct.

        Colton, CA 92324

USPS Parcel: EI 344 966 740 US (Parcel 8)

    Addressed To:  Kacee Piper

           20305 Mobile Way

           Wildomar, CA 92595

USPS Parcel: EI 937 238 535 US (Parcel 9)

    Addressed To:  William Rashford

           23785 El Toro Rd. #208

           Lake Forest, CA 92630

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at City of Industry, California, on May 21, 2024.